IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**HOMER E. LARROW, JR.**                                                                 **PETITIONER**

v.                                    Case No. 5:12-cv-00289 KGB

**RAY HOBBS, Director of the**
**Arkansas Department of Correction**                                        **RESPONDENT**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Dispositions submitted by United States Magistrate Judge H. David Young. Petitioner Homer E. Larrow, Jr. filed his objections (Dkt. No. 21). After a careful, *de novo* review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed by Mr. Larrow, Jr., is dismissed. All requested relief is denied, and, in accordance with Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is denied. Judgment will be entered for respondent Ray Hobbs.

SO ORDERED this 17th day of January, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE