IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**HOMER E. LARROW, JR.**                                                                   **PETITIONER**

v.                              **Case No. 5:12-cv-00289 KGB**

**RAY HOBBS, Director of the**
**Arkansas Department of Correction**                                     **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered this day, Judgment is entered for respondent Ray Hobbs.

SO ORDERED this 17th day of January, 2013.

*/s/ Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE